# EXHIBIT A

# ORIGINAL IMAGES



# CASEY MILBRAND DESIGN, INC.



**"Greetings from Buffalo" Mural by Casey Milbrand Design, Inc.**

Copyright Registration Number **VAu 1-288-802**





**"Lookin' Good" Mural by Casey Milbrand Design, Inc.**

Copyright Registration Number **VAu 1-457-308**