# EXHIBIT B
# COPYRIGHT REGISTRATION CERTIFICATES



## "Greetings from Buffalo" Mural – *Certificate of Registration*

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

Registration Number
**VAu 1-288-802**
Effective Date of Registration:
December 08, 2016

**Title** _____

    Title of Work:   Greetings from Buffalo Mural

**Completion/Publication** _____

    Year of Completion:   2016

**Author** _____

    • Author:   Casey William Milbrand
    Author Created:   2-D artwork
    Citizen of:   United States
    Domiciled in:   United States
    Year Born:   1981

**Copyright Claimant** _____

    Copyright Claimant:   Casey William Milbrand
    811 Potomac Ave, Buffalo, NY, 14209, United States

**Rights and Permissions** _____

    Organization Name:   CWM Design
    Name:   Casey William Milbrand
    Email:   cwmilbrand@gmail.com
    Telephone:   (716)982-3502
    Alt. Telephone:   (716)982-3502
    Address:   811 Potomac Ave
    Buffalo, NY 14209 United States

**Certification** _____

    Name:   Casey William Milbrand
    Date:   December 08, 2016



# "Lookin' Good Mural – *Certificate of Registration*

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VAu 1-457-308**
Effective Date of Registration:
December 29, 2021
Registration Decision Date:
February 23, 2022

Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title

Title of Work: Lookin' Good Mural

### Completion/Publication

Year of Completion: 2018

### Author

- Author: Casey Milbrand
- Author Created: Painting
- Citizen of: United States
- Domiciled in: United States
- Year Born: 1981

### Copyright Claimant

Copyright Claimant: Casey Milbrand
253 Hoyt St. Apartment 2, Buffalo, NY, 14213, United States

### Rights and Permissions

Organization Name: Casey Milbrand Design, Inc.
Name: Casey Milbrand
Email: cwmilbrand@gmail.com
Telephone: (716)982-3502
Address: 253 Hoyt St
Apartment 2
Buffalo, NY 14213 United States