# EXHIBIT C
# SCREENSHOTS OF DEFENDANTS' USE





Screen capture: The copyrighted *"Greetings from Buffalo"* mural by **Casey Milbrand Design, Inc.** was used in a promotional video for **43North** called *"Why Buffalo."*





Screen capture: The copyrighted *"Lookin' Good"* mural by **Casey Milbrand Design, Inc.** was used in a promotional video for **43North** called *"Why Buffalo."*