UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

—————————————————————

Casey Milbrand,

                    Plaintiff,                          MEDIATION
                                                        CERTIFICATION
        v.
                                                        Civil Action No.:  1:23-cv-00221
43 North, LLC,

                    Defendants.

—————————————————————

        I hereby certify that:

☐        Case has settled prior to scheduling first session.

☐        Case has settled prior to session scheduled for _____.

☒        Mediation session was held on ___1\28\25___.

☒        **Case has settled**.  The parties have agreed that Defendant will prepared *has* *and* the settlement agreement and stipulation for dismissal and that the stipulation will be filed no later than ___asap___.

*the parties signed*

☐        **Case has not settled.**  Mediation will continue on _____ (specific date).

☐        **Case has not settled**.  The parties may schedule another session at a later date.

☐        **Case has not settled**.   Mediation is complete.   The case will proceed toward trial pursuant to the Court's scheduling order.

Date: ___1\28\25___                    _____
                                        Steven R. Sugarman, Esq.
                                        Mediator

Additional Comments:

Attorney for Defendant, Charles Ritter, Esq., has the signed stipulation of discontinuance at mediator assumes this will be filed in the coming 2 weeks.